

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00294-CR

Michael Lemone **ROBERTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 526617
The Honorable Susan Skinner, Judge Presiding

# O R D E R

On September 12, 2018, we granted Steven Gilmore's motion to withdraw as appellate counsel. Since appellant may be indigent, the appeal must be abated to the trial court for a determination of whether new appellate counsel must be appointed. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). It is therefore ORDERED that this appeal is ABATED to the trial court. If it is determined that appellant is indigent, the trial court is ORDERED to appoint new appellate counsel and to cause the trial court clerk to file a supplemental clerk's record containing documentation of such appointment within 30 days from the date this order is signed. Alternately, if it is determined that appellant is not indigent, the trial court clerk must file a supplemental clerk's record containing the trial court's determination. After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court. All filing deadlines are suspended until this reinstatement.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.



Keith E. Hottle
Clerk of Court